IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SCOTT WILSON,  \*

    Plaintiff,  \*

v.  \*  Civil No. **PJM 19-1381**

MONTGOMERY COUNTY
PUBLIC SCHOOLS,  \*

    Defendant.  \*

## ORDER

Having considered Defendant's Motion to Dismiss or, in the alternative, Motion for Summary Judgment, ECF No. 5, Plaintiff's response in Opposition, ECF No. 11, and Defendant's Reply, ECF No. 12, and for the reasons stated during the Motion Hearing held on December 16, 2019, it is, this 16th day of December, 2019

**ORDERED**

1. Defendant's Motion to Dismiss or, in the alternative, Motion for Summary Judgment, ECF No. 5, is **GRANTED WITH PREJUDICE**;

2. The Clerk of Court is directed to **CLOSE** this case.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE